MARSHALL J. GASQUET, Respondent, *v.* A. PENNINGTON WHITEHEAD et al., Appellants.

*Gasquet* v. *Whitehead*, 117 App. Div. 921, affirmed.
(Argued February 26, 1908; decided March 13, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 18, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action by an attorney to recover one-half of an extra allowance awarded to the defendants as attorneys in an action under an alleged agreement for a division of compensation and costs.

*George A. Strong* and *Marshal Stearns* for appellants.

*James D. Fessenden* for respondent.

Judgment affirmed, with costs, on the ground that the record contains no exception which presents the question of law whether the contract sued upon was valid or not ; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, HISCOCK and CHASE, JJ. Dissenting: GRAY and HAIGHT, JJ.